IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARL E. WHITE | : | CIVIL ACTION |
| | : | NO. 09-1219 |
| v. | : | |
| | : | |
| G. MICHAEL GREEN, ET AL. | : | |

ORDER

AND NOW, this 4th day of August 2009, upon consideration of defendants President Judge Joseph P. Cronin, Jr. and Judges William R. Toal, Jr., Barry C. Dozor and Michael F.D. Coll's (collectively, the judicial defendants) motions to dismiss (D. No. 24), defendants G. Michael Green, Chris D. Rosato, Ian McCurdy, Lori Anderson, Sue Williams and Mary Mann's (collectively, the prosecutor defendants) motion to dismiss (D. No. 13); defendants Phil Pisani and Charlene LaPreste's (collectively, the bail agency defendants) motion to dismiss (D. No. 32); defendants Mimi Bradley Walker, Debra Schilling and Kathleen Connor's (collectively, domestic relations defendants) motion to dismiss (D. No. 23) and plaintiff Karl E. White's responses thereto; plaintiff's motions for leave to file an amended complaint (D. No. 14 and 39); plaintiff's motion to join this civil action to the ongoing pending lawsuit "concerning plaintiffs Penny Allison of Media and Zoran Hocevar of Upper Darby named in the Delaware County Daily Times, April 1, 2009" found on the docket at <u>Allison v. The Geo Group, Inc</u>, No. 08-0467 (E.D. Pa.) (D. No. 15); plaintiff's motions for summary judgment (D. No. 18, 29, 36 and 38) and plaintiff's motions to stay defendants' motions to dismiss (D. No. 20 and 28) and based on the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions to dismiss plaintiffs' complaint (D. No. 13, 23, 24 and 32) are

GRANTED; judgment is entered in favor of judicial defendants President Judge Joseph P. Cronin, Jr. and Judges William R. Toal, Jr., Barry C. Dozor and Michael F.D. Coll, prosecutorial defendants G. Michael Green, Chris D. Rosato, Ian McCurdy, Lori Anderson, Sue Williams and Mary Mann; bail agency defendants Phil Pisani and Charlene and domestic relations defendants Mimi Bradley Walker, Debra Schilling and Kathleen Connor and against plaintiff Karl E. White;

2. Plaintiff's motions for summary judgment (D. No. 18, 29, 36 and 38) and plaintiff's motions to stay defendants' motions to dismiss (D. No. 20 and 28) are DENIED as moot;

3. Plaintiff's motions for leave to file an amended complaint (D. No. 14 and 39) are DENIED as to judicial defendants, prosecutorial defendants, bail agency defendants and domestic relations defendants. However, if plaintiff is seeking leave to amend his complaint to make a more definite statement regarding his allegations against defendant George Hill Correctional Facility, leave to amend is GRANTED. Plaintiff may amend his complaint against defendant George Hill Correctional Facility within twenty (20) business days from the date of this Order ;

4. Plaintiff's "motion to join" this civil action to the "ongoing pending lawsuit concerning plaintiffs Penny Allison of Media and Zoran Hocevar of Upper Darby named in the Delaware County Daily Times, April 1, 2009" (D. No. 15), Allison v. The Geo Group, Inc, No. 08-0467 (E.D. Pa.), is DENIED.

     /s/ THOMAS N. O'NEILL
     THOMAS N. O'NEILL, JR., J.