IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KARL E. WHITE | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| G. MICHAEL GREEN, et al. | : | NO. 09-1219 |

## ORDER

AND NOW, this 6th day of October, 2009, upon consideration of defendant's motion to dismiss and plaintiff's response in opposition, it is hereby ORDERED that defendant's motion to dismiss is GRANTED and the complaint if DISMISSED. Plaintiff may amend his complaint within twenty (20) business days of the date of this Order.

    /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.